# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCISCO JAVIER ROSALES,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 78818

**FILED**

OCT 1 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

19-42605

cc:    Hon. Steve L. Dobrescu, District Judge
Francisco Javier Rosales
Sears Law Firm, Ltd.
Attorney General/Carson City
White Pine County District Attorney
White Pine County Clerk